

**Entered on Docket<br>August 11, 2009**

*Bruce A. Markell* (signature)

_____<br>
**Hon. Bruce A. Markell**<br>
**United States Bankruptcy Judge**

RICK A. YARNALL<br>
CHAPTER 13 BANKRUPTCY TRUSTEE<br>
Marianne Gatti, Esq.<br>
Nevada Bar No. 7717<br>
701 Bridger Avenue, SUITE 820<br>
Las Vegas, Nevada 89101<br>
Telephone: (702) 853-4500<br>
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PHANINYA CHUAYTHONG,<br><br>Debtor(s) | BK-S-09-12277-BAM<br><br>Chapter 13<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### EX- PARTE ORDER DISMISSING BANKRUPTCY PROCEEDING

On or about July 21, 2009, Debtor Phaninya Chuaythong, by and through her counsel, Haines & Krieger, L.L.C., entered into a Stipulation To Convert Or Dismiss Case By Date Certain ("Stipulation") with Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, by and through his counsel, Marianne Gatti, Esq., see Docket #34.

The Stipulation required Debtor to convert the instant Chapter 13 bankruptcy case to a Chapter 7 bankruptcy case or file a voluntary dismissal no later than July 31, 2009, see Docket # 34. The Order

approving the Stipulation was entered on the Court's docket on July 21, 2009, see Docket # 34.

The Debtor failed to comply with the entered Stipulation to convert the instant Chapter 13 bankruptcy case to a Chapter 7 bankruptcy case, or file a voluntary dismissal no later than July 31, 2009. To date, the Debtor has failed to convert the instant Chapter 13 bankruptcy case to a Chapter 7 bankruptcy case or file a voluntary dismissal.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to convert the instant Chapter 13 bankruptcy case to a Chapter 7 bankruptcy case or file a voluntary dismissal no later than July 31, 2009.

**IT IS SO ORDERED.**

DATED this ___7th___ day of August, 2009.

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Attorney for RICK A. YARNALL
Chapter 13 Bankruptcy Trustee
(ljg)

###